Preston L. Foskey, WSBA #12509
PRESTON L. FOSKEY, P.S.
8248 East "D" Street
Tacoma, Washington 98404-1042
(253) 535-5829 Telephone
(253) 535-9391 Facsimile

Attorney for Plaintiff



08-CV-05236-ORD

**FILED** ____ **LODGED**
____ **RECEIVED**

OCT 1 6 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROY L. LOWE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST OF TACOMA, INC., COMCAST OF PUGET SOUND, INC.; COMCAST OF WASHINGTON IV, INC.; COMCAST OF WASHINGTON I, INC.; COMCAST OF WASHINGTON, LLC; COMCAST OF WASHINGTON/OREGON SMATV, LLC, COMCAST OF WASHINGTON/OREGON; and Corporations 1-41, all Washington corporations, <br><br> Defendants. | NO. 08-cv-05236-RBL <br><br> STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY |

The parties hereto stipulate as follows:

1. That PRESTON L. FOSKEY, Attorney for Plaintiff may, in accordance with

GR 2(g)(4)(A) of the United States District Court for the Western District of Washington,

///

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY - 1

rllowsti.ord

PRESTON L. FOSKEY, P.S.
Attorney at Law
WSBA # 12509
8248 East "D" Street
Tacoma, Washington 98404-1042
(253) 535-5829
Fax (253) 535-9391

withdraw as Plaintiff's counsel, effective October 20, 2008.

DATED this 14th day of October, 2008.

_____
PRESTON L. FOSKEY
Attorney at Law
WSBA # 12509

Dated this 14 day of October, 2008.

_____
RICHARD R. MENEGHELLO
Attorney for Defendant
WSBA # 26881

## ORDER

This matter having come on upon the parties' stipulation to the withdrawal of PRESTON L. FOSKEY, Attorney in accordance with the provisions of GR 2(g)(4)(a) of the local rules for the United States District Court for the Western District of Washington, it is now, therefore,

ORDERED, ADJUDGED AND DECREED that the withdrawal of PRESTON L. FOSKEY, Attorney at Law from representation of Plaintiff is authorized effective

///

STIPULATION AND ORDER FOR  rfloswtl.ord
WITHDRAWAL OF ATTORNEY - 2

PRESTON L. FOSKEY, P.S.
Attorney at Law
WSBA # 12509
9248 East "D" Street
Tacoma, Washington 98404-1042
(253) 535-5829
Fax (253) 535-9391

Monday, October 20, 2008.

DATED this 16th day of October, 2008.

_____
RONALD B. LEIGHTON
Judge

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY - 3

rilowstl.ord

PRESTON L. FOSKEY, P.S.
Attorney at Law
WSBA # 12509
8248 East "D" Street
Tacoma, Washington 98404-1042
(253) 535-5829
Fax (253) 535-9391

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY by the methods indicated below:

Richard R. Meneghello
Fisher & Phillips, LLP
111 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
Fax Number: (503) 242-4262

Attorney for Defendant

**Fax and Mail:** by faxing to the attorney at the fax number as above stated, which is the last known fax number for the attorney's office, on the date set forth below; and by mailing a full, true, and correct copy in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last known address of the attorney, and depositing it with the United States Postal Service at Tacoma, Washington, on the date set forth below.

Roy L. Lowe, Jr.
6839 East 4th Avenue
Gary, Indiana 46403

Plaintiff

**Regular Mail:** by mailing a full, true, and correct copy thereof in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last known address of the Plaintiff, and depositing it with the United States Postal Service at Tacoma, Washington on the date set forth below.

DATED this 14th day of October, 2008.

_____
PRESTON L. FOSKEY
Attorney at Law
WSBA # 12509

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY – 4 and last          rllowstl.ord

PRESTON L. FOSKEY, P.S.
Attorney at Law
WSBA # 12509
8248 East "D" Street
Tacoma, Washington 98404-1042
(253) 535-5829
Fax (253) 535-9391